UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF SEALED FILINGS
UNDER DOCKET NO. **07-CR-00440**

**ORDER
07-CR-00440**

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, through Assistant United States Attorney James J. Pastore, Jr.;

It is found that the Indictment returned in this matter, captioned 07 Cr. 440 (the "Indictment"), is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore

ORDERED that the Indictment be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
January 17, 2012

HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 17 2012